■ MELISSA MANISCALCO, Respondent, v PHILIP MANISCALCO, Appellant. (Appeal No. 1.) [971 NYS2d 615]—Appeal from an order the Supreme Court, Erie County (Frederick J. Marshall, J.), entered June 26, 2012 in a divorce action. The order, inter alia, ratified the court's memorandum decision, with modifications.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Maniscalco v Maniscalco* (109 AD3d 1129 [2013]). Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.